


**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**WILLIAM R. STARKS,**

Petitioner,

v. Civil Action No. **3:08CV505**

**COMMONWEALTH OF VIRGINIA, *et al.*,**

Respondents.

**MEMORANDUM OPINION**

By Memorandum Order entered on August 21, 2008, the Court conditionally docketed Plaintiff's petition for a writ of mandamus. At that time, the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Plaintiff that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with the order of this Court. Plaintiff failed to return a consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant complaint. *See* 28 U.S.C. §1914(a). Such actions demonstrate a wilful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

Date: 10-14-08
Richmond, Virginia

/s/
James R. Spencer
Chief United States District Judge